IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-70341 |
| | § | Chapter 13 |
| Cinda Lee Williams | § | |
| | § | HEARING DATE: JANUARY 16, 2014 |
| | § | LIVE DOCKET RM. 222 |
| | § | HEARING TIME: 10:00 A.M. |
| | § | |

## NOTICE OF HEARING

A Hearing on the foregoing Motion for Relief from the Automatic Stay as to the 2009 Pontiac Vibe bearing VIN 5Y2SP67039Z435259 is set for January 16, 2014 at 10:00 a.m. before Judge Harlin DeWayne Hale, U.S. Bankruptcy Court, Northern District of Texas, Wichita Falls Division, Live Docket, Room 222, U. S. Courthouse, 1100 Commerce St., Rm. 1254, Dallas, TX 75242.

/s/ *Earl F. Sundmaker, III*
The Sundmaker Firm, LLC
State Bar No.: 24077607
336 Lafayette Street, Suite 301
New Orleans, Louisiana 70130
Telephone: (504) 568-0515
Fax: (504) 568-0519
E-mail: trey@sundmakerfirm.com
**ATTORNEYS FOR AMERICAN HONDA FINANCE CORPORATION**