Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § |
| Cinda Lee Williams | § Case No. 11-70341-HdH-13 |
| | § |
| DEBTOR | § |

DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY OF
American Honda Finance Corporation

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Debtor in the above-titled cause and files this Response to Motion for Relief from Automatic Stay.

On December 6, 2013, Attorney for American Honda Finance Corporation, The Sundmaker Firm, LLC, filed a Motion for Relief from Automatic Stay, in response thereto, Debtor would show the following:

1. ADMIT
2. ADMIT
3. ADMIT
4. ADMIT
5. DENY
6. DENY
7. DENY
8. DENY
9. DENY
10. DENY

WHEREFORE, PREMISES CONSIDERED, Debtor prays that motion be denied in all respects, that the Court award reasonable and necessary attorney fees for the defense of this Motion and for such other and further relief to which they may be entitled.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Response to Motions for Relief from Stay was served by ECF and/or mailed on December 10, 2013, to the following as indicated:

                        /s/Monte J. White
                        Attorney for Debtor

Movant: American Honda Finance Corporation
3625 W Royal Lane
Irving, TX 75063

Attorney for Movant: The Sundmaker Firm, LLC
336 Lafayette Street, Suite 301
New Orleans, LA 70130

Trustee: Chapter 13 Trustee
Walter O'Cheskey
6308 Iola Ave.
Lubbock, TX 79424

U.S. Trustee
William T. Neary
1100 Commerce Street, Room 9-C-60
Dallas, TX 75242

Debtor: Cinda Lee Williams
1805 Grant
Wichita Falls, TX 76309